1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CV 13-3792 JAK (PJWx) |
| Plaintiff, ) | |
| vs. ) | **CONSENT JUDGMENT OF FORFEITURE** |
| ) | |
| $401,055.23 IN FROST NATIONAL ) BANK FUNDS, ) | **JS-6** |
| Defendant. ) | |
| CD Tek, S. de R.L. de C.V., ) | |
| Claimant. ) | |

    This action was filed on May 28, 2013 against the defendant $401,055.23 in Frost National Bank Funds.  CD Tek, S. de R.L. de C.V. ("CD Tek") claims an interest in the defendant $401,055.23 in Frost National Bank Funds.  No other parties other than CD Tek have appeared in this case and the time for filing such statements of interest and answers has expired.  Plaintiff United States of America and CD Tek have reached an agreement that is

dispositive of the action. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by CD Tek or any of its representatives. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $401,055.23 in Frost National Bank Funds other than CD Tek are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $401,055.23 in Frost National Bank Funds and all interest earned of the entirety of the defendant funds since seizure, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said funds in accordance with law.

4. In May 2012, a total of $573,430 in drug proceeds was deposited into CD Tek's Frost National Bank account from a Drug Enforcement Agency undercover bank account. CD Tek withdrew a total of $172,374.77 of the $573,430 from the account prior to the June 6, 2012 seizure. The government agrees to not pursue the return of $172,374.77.

5. CD Tek has agreed to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration from

any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of CD Tek, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    6.   The court finds that there was reasonable cause for the seizure of the defendant $401,055.23 in Frost National Bank Funds and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: July 3, 2014

THE HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

DATED: June 30, 2014        ANDRÉ BIROTTE JR.
                            United States Attorney
                            ROBERT E. DUGDALE
                            Assistant United States Attorney
                            Chief, Criminal Division
                            STEVEN R. WELK
                            Assistant United States Attorney
                            Chief, Asset Forfeiture Section


                                  /s/
                            KATHARINE SCHONBACHLER
                            Assistant United States Attorney
                            Attorneys for Plaintiff
                            United States of America


DATED: June 30, 2014        ALVARADOSMITH, APC


                                  /s/
                            ROBERT RIVAS, ESQ.
                            JAMES BLANCARTE, ESQ.
                            MATT HANSEN, ESQ.
                            Attorney for Claimant
                            CD TEK, S. DE R.L. DE C.V.


DATED: June 30, 2014              /s/
                            DAVID ENRIQUE DE JESUS RAMIREZ MEDRANO,
                            Principal/Owner for Claimant
                            CD TEK, S. DE R.L. DE C.V.